# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 1:20-CV-01617

Plaintiff:
**Kinisha Ray,**

vs.

Defendant:
**Mountain Run Solutions, LLC,**

For:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033

Received by Clutter Investigations Inc. DBA Courthouse Courier on the 2nd day of June, 2020 at 3:42 pm to be served on **Mountain Run Solutions, LLC c/o Registered Agent, Solutions, Inc., 901 South 2nd Street, Suite 201, Springfield, IL 62704.**

I, Haley Daniell Stratton, being duly sworn, depose and say that on the **2nd day of June, 2020** at **4:05 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons in a Civil Case, Complaint with Jury Trial Demand, Notice of Mandatory Initial Discovery, and Amended Standing Order Regarding Mandatory Initial Discovery Pilot Project** with the date and hour of service endorsed thereon by me, to: **AJ Peterson c/o Registered Agent, Solutions, Inc. as Corporate Fulfillment Specialist** at the address of: **901 South 2nd Street, Suite 201, Springfield, IL 62704**, who stated they are authorized to accept service for **Mountain Run Solutions, LLC,** and informed said person of the contents therein, in compliance with all applicable law.

**Description** of Person Served: Age: 37, Sex: M, Race/Skin Color: White, Height: 6'2", Weight: 210, Hair: Brown, Glasses: N

## AFFIDAVIT OF SERVICE For 1:20-CV-01617

I being first duly sworn on oath, states that I am over 18 years of age and not a party to this lawsuit. Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct.

Subscribed and Sworn to before me on the 2nd day of June, 2020 by the affiant who is personally known to me.

*Michelle L Toml*
NOTARY PUBLIC

OFFICIAL SEAL
MICHELLE L. TOMLIN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 08-26-2021

*Haley Daniell Stratton*
**Haley Daniell Stratton**
129.428609

**Clutter Investigations Inc. DBA Courthouse Courier**
**1 West Old State Capitol Plaza**
**Suite 818**
**Springfield, IL 62701**
**(217) 528-5997**

Our Job Serial Number: CLU-2020000847

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Kinisha Ray

V.

Mountain Run Solutions, LLC

CASE NUMBER: 1:20-cv-01617

ASSIGNED JUDGE: Hon. Thomas M. Durkin

DESIGNATED MAGISTRATE JUDGE: Hon. Maria Valdez

TO: (Name and address of Defendant)

Mountain Run Solutions, LLC
RA: REGISTERED AGENT SOLUTIONS INC
901 S. 2ND ST., STE 201
SPRINGFIELD, IL 62704

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian J. Olszewski
Law Offices of Michael Lee Tinaglia, Ltd.
444 N. Northwest Hwy., Ste. 350
Park Ridge, IL 60068

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



March 6, 2020

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6/2/2020 |
| NAME OF SERVER (PRINT) Haley Daniell Stratton | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served MountainRunSolutions Registered agent Solutions, Inc. by Serving AJ Peterson as Corporate Fulfillment Specialist at Solutions, Inc. on 6/2/2020 at 4:05pm

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/2/2020       Haley Daniell Stratton
          Date                  Signature of Server

1 W. Old State Capitol Plaza, STE 818
Springfield, IL 62701
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.